# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL DOCKET NO. 3:17-CR-134-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| SHERMAN DEVANTE ADDISON et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court *sua sponte* regarding the upcoming case budgeting training with Larry M. Dash, Case Budgeting Attorney for the Fourth Circuit. Considering the complex nature of this case, the large volume of discovery and the appointment of Russ Aoki as the Coordinating Discovery Attorney, it is **ORDERED** that all CJA appointed counsel attend one of the training sessions with Mr. Dash. The schedule for the training sessions is as follows:

  Monday, July 24, 2017, Courtroom 1, United States Courthouse, 100 Otis Street, Asheville, North Carolina, at 10:00 am.

  Tuesday, July 25, 2017, Courtroom 2-1 (The Robert D. Potter Courtroom), Charles R. Jonas Federal Building, 401 West Trade Street, Charlotte, North Carolina, at 10:00 am.

  Wednesday, July 26, 2017, Courtroom 1, United States Courthouse, 324 W. Market Street, Greensboro, North Carolina, at 1:00 pm.

  Thursday, July 27, 2017, 7th Floor Conference Room (enter through the Library), United States Courthouse, 310 New Bern Avenue, Raleigh, North Carolina, at 10:30 am.

The Court will allow counsel to bill for their time attending and traveling to and from the training session. If any counsel claims a hardship in attending the training, a motion shall be filed with the Court detailing the circumstances.

The Clerk is directed to send copies of this Order to counsel for Defendants, the United States Attorney, and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: July 12, 2017

David S. Cayer
United States Magistrate Judge