IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

UNITED STATES OF AMERICA,

v.  Criminal No. 3:17cr134

SHERMAN DEVANTE ADDISON, et al.,  *EX PARTE ORDER*

Defendants.

## ORDER FOR ALL CJA ATTORNEYS APPOINTED

## TO A NON-DEATH ELIGIBLE CLIENT

Upon the indictment of the defendant in the above captioned matter, and for good cause having been shown:

IT IS ORDERED THAT:

1. Prior to submitting a formal case-budget, the defendant is authorized to retain the following service providers up to the hours and rates indicated.

   | | | | |
   |---|---|---|---|
   | A. | Investigator | 40 hours | Not to Exceed $100 per hour |
   | B. | Paralegal | 50 hours | Not to Exceed $65 per hour |
   | C. | Associate | 50 hours | Not to Exceed $90 per hour |
   | D. | Intern | 100 hours | Not to Exceed $25 per hour |

2. Additionally, counsel is authorized to expend up to 200 hours, prior to submitting a formal budget. The hours authorized for attorneys and expert service providers include time for necessary travel. If travel requires airfare, counsel must contact National Travel Service (NTS) at 1-800-445-0668 to arrange the travel. Counsel must contact the Clerk's Office before calling NTS and for any travel-related questions.

3. All counsel and service providers shall submit interim vouchers at intervals as stated herein. Counsel for even numbered defendants may submit a voucher at the end of each even numbered month. Counsel for odd numbered defendants may submit a voucher at the end of each odd numbered month. Counsel is responsible for keeping

track of hours expended by service providers and experts. The court is under no obligation to pay for services rendered in excess or outside the scope of this order. This advanced approval is subject to a reasonableness review for any voucher, at the time it is submitted.

4. The purpose of this "starter money" is to allow counsel to become familiar with the case and to discuss the case with their client. This will allow counsel to gather enough information to arrive at a reasoned budget for the budgeting process. The "starter money" is a considerable amount and is to be considered as part of the overall budget.

5. Counsel should inform the District Court and the Fourth Circuit Case Budgeting Attorney, in writing, as to the identity and hourly rate of those persons retained under this preliminary order.

6. The pretrial budget, appointment through docket call date (currently scheduled for January 2, 2018), is to be filed no later than 60 days after entry of this Order, unless additional funding is necessary. Counsel shall submit all draft budgets to the Circuit Case Budgeting Attorney prior to submission of the budget to the Court.

SO ORDERED:

_____
United States District Judge

Date: \_\_\_9/15/2017\_\_\_

*Roger L. Gregory* /MD
Chief Judge, United States
Court of Appeals, Fourth Circuit

Date: \_\_9/15/17\_\_\_