UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cr-00134-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) ORDER |
| SHERMAN DEVANTE ADDISON, et. al, | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court for administrative purposes following status conferences on December 4, 2017, and on January 31, 2018, to memorialize the oral rulings issued by the Court on several filings by the parties.

On December 4, 2017, the Court issued an oral ruling on several pending motions. The Court GRANTED the Government's Motion for Declaration of Complex Case (Doc. No. 799) and a GRANTED a motion for secured leave (Doc. No. 775). The Court DENIED several Defendants' motions to sever (Docs. Nos. 808, 817, 820, 843, 871). The Clerk of Court is directed to enter rulings on the docket accordingly.

During the January 31, 2018, hearing, the Court set a status conference for all Defendants who have not entered into a plea agreement for **March 19, 2018, at 9:30 a.m.** in Courtroom #1-1 of the Charles R. Jonas Building. The Court also entered an oral order on the docket finding that the ends of justice would be served by continuing trial for all Defendants until **May 1, 2018**. As stated in open court, Defendants in Groups 1, 8, and 6(a) shall receive priority for that trial setting.

Accordingly, all pretrial motions for Defendants in those groupings shall be filed no later than **March 5, 2018**. To be clear, this includes Defendants in Groups 1, 8A, 8B, and 6A.

1

IT IS THEREFORE ORDERED the Government's Motion for Declaration of Complex Case (Doc. No. 799) and Defendant Lytle's motion for secured leave (Doc. No. 775) are GRANTED. Defendants' motions to sever (Docs. Nos. 808, 817, 820, 843, 871) are DENIED.

IT IS FURTHER ORDERED that all pretrial motions related to trial for Defendants in Groups 1, 8A, 8B, and 6A shall be filed by March 5, 2018. Responses shall be filed in accordance with the Local Rules for the Western District of North Carolina.

IT IS SO ORDERED.

Signed: February 15, 2018

Frank D. Whitney
Chief United States District Judge